Slip Op. 03-127

# UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| ———————————————— : | |
| CORUS STAAL BV, and : | |
| CORUS STEEL USA INC. : | |
| : | |
| Plaintiffs, : | |
| : | |
| v. : | |
| : | |
| UNITED STATES DEPARTMENT OF : | |
| COMMERCE : | **Before: RESTANI, Judge** |
| : | Consolidated Court No. 02-00003 |
| Defendants, : | |
| : | |
| and : | |
| : | |
| : | |
| NATIONAL STEEL CORP., : | |
| BETHLEHEM STEEL CORP., and : | |
| UNITED STATES STEEL CORP., : | |
| : | |
| Defendant-Intervenors. : | |
| ———————————————— : | |

## <u>**JUDGMENT**</u>

This case having come before the court for decision on the Remand Determination, consistent with Slip Op. 03-101, entered on August 12, 2003,

IT IS HEREBY ORDERED that the Remand Determination is sustained, as amended on September 2, 2003.

 ———————————————
 Jane A. Restani

Dated: New York, New York.

This 29th day of September, 2003.